David R. Ongaro (State Bar No. 154698)
ONGARO BURTT & LOUDERBACK LLP
650 California Street, Fifth Floor
San Francisco, CA  94108
Telephone:  (415) 433-3900
Facsimile:   (415) 433-3950
Email:          dongaro@obllaw.com

Attorneys for Plaintiff
PHILIPPE E. LEDORZE, on his own behalf and
on behalf of other similarly situated persons

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# [SOUTHERN DIVISION]

| PHILIPPE E. LEDORZE, on his own behalf and on behalf of other similarly situated persons, | Case No.: SACV 12-00720 DOC (JPRx) |
|---|---|
| Plaintiff, | **Order Extending Time to File Motion for Class Certification** |
| v. | |
| YOUMAIL, INC., a Delaware Corporation, | **Complaint served:** May 10, 2012 |
| Defendant. | |

The Court, having considered the parties' Stipulation Extending Time to File Motion for Class Certification, hereby orders the Stipulation entered.  The Court further orders that Local Rule 23-3 is hereby modified and Representative Plaintiff Philippe LeDorze's motion for class certification will be due 90 days after the parties exchange initial disclosures.

IT IS SO ORDERED.

Dated: June 4, 2012

_David O. Carter_
Honorable David O. Carter