# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **SACV 12-0720-DOC (JPRx)**               Date: **September 18, 2012**

Title: <u>Ledorze v. Youmail, Inc.</u>

================================================================

**DOCKET ENTRY**

================================================================

PRESENT:

**HON. <u>JEAN P. ROSENBLUTH</u>, MAGISTRATE JUDGE**

| <u>Joe Roper</u> | <u>       n/a       </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
   None present                                                                None present

**PROCEEDINGS: (IN CHAMBERS)**

The parties' proposed Stipulated Protective Order  has been referred to the Magistrate Judge for consideration.  She declines to approve or issue it, for the following reasons:

   1.   Proposed paragraph 5.2(b) needs to be revised to delete the reference to pretrial and trial proceedings.  The handling of confidential information in any court proceedings must be approved by the judicial officer presiding over those proceedings.

   2.   Proposed paragraph 6.3 needs to be revised to make clear that any motion seeking Court resolution of a dispute about the terms of the protective order needs to comply with Local Rules 37-1 and 37-2, including the Joint Stipulation requirement.  The Court will not approve any procedure that does not conform to the local rules.

   3.   Proposed paragraph 11 needs to be revised  to make clear that no amendment or modification agreed to by the parties will have the force or effect of a Court order unless the Court approves it.

   4.   Proposed paragraph 8 needs to be revised such that the penultimate sentence states, "unless the Party has obtained the Designating

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.: SACV 12-0720-DOC (JPRx)            September 18, 2012
<u>Ledorze v. Youmail, Inc.</u>            Page 2

---

Party's permission or a court has so ordered."

     5. Proposed paragraph 12.3 needs to be revised to reflect that any request by a party to file a document under seal must be made in compliance with Local Rule 79-5. The Court will not approve any procedure that does not conform to the local rules. In particular, the Court will not agree to the sentence that begins, "A sealing order will issue only . . . ." If the parties wish to separately agree that they will not <u>seek</u> a sealing order except under those circumstances, that is between them; they cannot, however, bind a court as to when it will issue a sealing order.

     6. The proposed order needs to be revised for the Magistrate Judge's signature.

cc:     Judge Carter