1  David R. Ongaro (State Bar No. 154698)
   Cara R. Sherman (State Bar No. 269343)
2  ONGARO BURTT & LOUDERBACK LLP
   650 California Street, Fifth Floor
3  San Francisco, CA  94108
   Telephone:  (415) 433-3900
4  Facsimile:   (415) 433-3950
   Email:         dongaro@obllaw.com
5
   Donald W. Heyrich (admitted *pro hac vice*)
6  HEYRICH KALISH MCGUIGAN PLCC
   Puget Sound Plaza
7  1325 Fourth Avenue, Suite 540
   Seattle, WA 98101
8  Telephone:  (206) 826-5357
   Facsimile:   (216) 260-3055
9  Email:         dheyrich@hkm.com

10 Attorneys for Plaintiff
   PHILIPPE E. LEDORZE, on his own behalf and
11 on behalf of other similarly situated persons

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# [SOUTHERN DIVISION]

| | |
|---|---|
| PHILIPPE E. LEDORZE, on his own behalf and on behalf of other similarly situated persons, <br><br> Plaintiff, <br><br> v. <br><br> YOUMAIL, INC., a Delaware Corporation, <br><br> Defendant. | **Case No.: SACV 12-00720 DOC (JPRx)** <br><br> [Proposed] **Order On Stipulated Protective Order** <br><br> **Complaint served:** May 10, 2012 |

[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER

The Court, having considered the parties' Stipulation Regarding Protective Order to which this [Proposed] Order is attached, hereby orders the Stipulation entered.

IT IS SO ORDERED.

Dated: _October 02, 2012_____

**JEAN ROSENBLUTH**
_____
Honorable Jean P. Rosenbluth
U.S. Magistrate Judge

[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER