Michael S. Adler, CA SBN 190119
TANTALO & ADLER LLP
1901 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067-6012
Telephone: 310-734-8695
Facsimile: 310-734-8696
E-Mail: madler @ ta-llp.com
*Attorneys for Defendant*

Donald W. Heyrich (admitted *pro hac vice*)
HEYRICH KALISH MCGUIGAN PLLC
Puget Sound Plaza
1325 Fourth Avenue, Suite 540
Seattle, WA 98101
Telephone: (206) 826-5357
Facsimile: (206) 260-3055
Email: dheyrich @ hkm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPPE E. LEDORZE, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>YOUMAIL, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 8:12-cv-00720 DOC-FMO-JPR<br><br><br>[STIPULATED] ORDER OF DISMISSAL WITHOUT PREJUDICE |

## STIPULATION

The parties through their respective attorneys of record hereby stipulate to and request entry of an Order dismissing Plaintiff's action without prejudice and without an award of costs or attorneys' fees to any party.

---

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**
**CASE NO. 8:12-cv-00720-FMO-JPR**

1

Respectfully submitted this 11th day of March, 2013.

/s/ Michael S. Adler, CA SBN 190119
TANTALO & ADLER LLP
1901 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067-6012
Telephone: 310-734-8695
Facsimile: 310-734-8696
E-Mail: madler @ ta-llp.com
*Attorneys for Defendant*

/s/ Donald W. Heyrich, WSBA No. 23091 (Pro Hac Vice)
HEYRICH KALISH McGUIGAN PLLC
1325 Fourth Avenue, Suite 540
Seattle, WA 98101
Telephone: 206-838-2504
Facsimile: 206-260-3055
E-Mail: dheyrich @ hkm.com
*Attorneys for Plaintiff*

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**
**CASE NO. 8:12-cv-00720-FMO-JPR**

## ORDER

Pursuant to the foregoing Stipulation of the parties, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff's action is dismissed without prejudice and without an award of costs or attorneys' fees to any party.

DATED this ____ day of _____, 2013.

_____
The Honorable Fernando M. Olguin

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**
**CASE NO. 8:12-cv-00720-FMO-JPR**

3