JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPPE E. LEDORZE, on his own behalf and on behalf of other similarly situated persons,<br>                    Plaintiff,<br>v.<br>YOUMAIL, INC., a Delaware Corporation,<br>                    Defendant. | Case No.: 8:12-cv-00720 FMO-JPRx<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

## ORDER

Pursuant to the foregoing Stipulation of the parties, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff's action is dismissed without prejudice and without an award of costs or attorneys' fees to any party.

DATED this 13th day of March, 2013.

/s/
The Honorable Fernando M. Olguin

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**
**CASE NO. 8:12-cv-00720-FMO-JPR**

1